IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DERRICK W. HOLLOWAY | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-613 |
| ZENA STEPHENS, *et al.*, | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Derrick W. Holloway, a pre-trial detainee confined at the Jefferson County Correctional Facility, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Zena Stephens, Sheriff, FNU Minter, Sr. Captain, FNU Morris, Captain, FNU Harrington, Captain, FNU Lewis, Captain, All Ranking Officers of the Jefferson County Correctional Facility, FNU Guillory, Major, and Keefe Group, Commissary.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

Background

On April 20, 2022, the undersigned entered an order requiring Plaintiff to pay the initial partial filing fee of $84.00 (doc. # 6). Plaintiff received a copy of this order on April 26, 2022 (doc. # 7). Despite ample time to pay the filing fee, Plaintiff has failed to do so and has failed to otherwise correspond with the court.

Discussion

Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Insurance Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*,

370 U.S. 626, 629 (1962)).

Plaintiff has failed to pay the initial partial filing fee of $84.00. Plaintiff has failed to correspond with the court since April 18, 2022. Plaintiff was admonished that failure to comply may result in dismissal of this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff, therefore, has failed to diligently prosecute this case.

## Recommendation

This civil rights action should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

## Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 7th day of July, 2022.

_____
Zack Hawthorn
United States Magistrate Judge