IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DERRICK W. HOLLOWAY | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-613 |
| ZENA STEPHENS, *et al.*, | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Derrick W. Holloway, a pre-trial detainee confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Zena Stephens, Sheriff, FNU Minter, Sr. Captain, FNU Morris, Captain, FNU Harrington, Captain, FNU Lewis, Captain, All Ranking Officers of the Jefferson County Correctional Facility, FNU Guillory, Major, and Keefe Group, Commissary.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (doc. # 8).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A Final Judgment will be entered in this case

---

[1] A copy of the Report and Recommendation was returned as "undeliverable" and "return to sender" on August 1, 2022 (doc # 9).

in accordance with the magistrate judge's recommendations.

**SIGNED this 15th day of August, 2022.**

                                            Michael J. Truncale
                                            United States District Judge